EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Wilmarie Rosado Pérez | 2021 TSPR 86<br><br>207 DPR _____ |

Número del Caso:  TS-16,821


Fecha:  22 de junio de 2021


Abogada de la parte peticionaria:

    Por derecho propio


Materia:  Readmisión al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como  un servicio público a la

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Wilmarie Rosado Pérez                    TS-16,821

RESOLUCIÓN

En San Juan, Puerto Rico, a 22 de junio de 2021.

Examinada la *Moción en cumplimiento de orden* presentada por la parte promovida, se readmite a la abogada Wilmarie Rosado Pérez al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena a la abogada Rosado Pérez actualizar su información de contacto en el RÚA.

Notifíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo